## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80558-CIV-SEITZ/O'SULLIVAN

SOUTHERN COATINGS, INC.,

      Plaintiff,

v.

CENTURY SURETY COMPANY and
ONE BEACON INSURANCE COMPANY,
a/s/o Capitol Lighting, Inc.,

      Defendants.

_____/

### ORDER REQUIRING STATUS REPORTS

THIS CAUSE is before the Court *sua sponte*. On April 7, 2008, this Court issued an Order addressing the parties' cross-motions for summary judgment and staying the remaining indemnity claims pending resolution of the underlying state court matter. [*See* DE-34.]  On April 15, 2008, this Court issued an Order administratively closing the case. [*See* DE-35.][1] To keep the Court apprised of the underlying state court matter, it is hereby

ORDERED that **by August 20, 2008, and every sixty (60) days thereafter,** the parties shall jointly file a Status Report regarding the progress of the underlying state court matter.

DONE and ORDERED in Miami, Florida, this ___4th___ day of August, 2008.

                              *Patricia A. Seitz*
                            PATRICIA A. SEITZ
                            UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Magistrate Judge John J. O'Sullivan

---

[1]    On January 18, 2008, the Court stayed a related case: *Century Surety v. Southern Coatings,* 06-61880-CIV-SEITZ. [*See* DE-76 in 06-61880.]  The parties should file their status reports in this case only; they need not file an identical report in the related case.